THE HONORABLE JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| OMARI TAYLOR,<br><br>        Plaintiff,<br><br>-vs-<br><br>JON VANGESEN, and KITSAP COUNTY,<br><br>        Defendants. | NO.  3:18-cv-05682-BHS<br><br>AGREED FINAL JUDGMENT<br><br>NOTE ON MOTION CALENDAR:<br>August 16, 2021 |

**AGREED FINAL JUDGMENT**

Plaintiff, Omari Taylor, appearing through his attorneys of record James Lobsenz and Randolph Johnson, and Defendant Jon VanGesen, appearing through his attorneys of record Ione S. George, Chief Deputy Prosecuting Attorney, and Christine M. Palmer, Senior Deputy Prosecuting Attorney, consent to the entry of this Agreed Final Judgment for the constitutional violations alleged and in resolution of all claims brought by Plaintiff against the Defendant in this action prior to adjudication of these claims at trial.

Now, therefore, it is ORDERED, ADJUDGED, AND DECREED as follows:

Plaintiff is hereby awarded judgment against Defendant Jon VanGesen in the total sum of $200,000.00 inclusive of attorneys fees and without costs.

Defendant Jon VanGesen's counterclaims are dismissed with prejudice.

Plaintiff Taylor's counter-counterclaims are dismissed with prejudice.

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992  Fax (360) 337-7083
www.kitsapgov.com/pros

1   Entered this 16th day of August, 2021.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented and approved as to form by:

| CARNEY BADLEY SPELLMAN, P.S. | CHAD M. ENRIGHT |
| --- | --- |
|  | Kitsap County Prosecuting Attorney |
| /s/ James E. Lobsenz | /s/ Christine M. Palmer |
| JAMES LOBSENZ, WSBA No. 8787 | IONE S. GEORGE, WSBA No. 18236 |
| Attorney for Plaintiff | Chief Deputy Prosecuting Attorney |
|  | CHRISTINE M. PALMER, WSBA No. 42560 |
|  | Senior Deputy Prosecuting Attorney |
|  | Attorneys for Defendant Jon VanGesen |

AGREED FINAL JUDGMENT
(3:18-cv-05682-BHS) – Page 2

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992  Fax (360) 337-7083
www.kitsapgov.com/pros